FELIX Q. RAST, Respondent, *v.* PIPE AND TUBE BENDING CORPORATION OF AMERICA, Appellant.

(Submitted April 19, 1929; decided May 3, 1929.)

*Harry J. Leffert* and *Robert E. Samuels* for appellant.
*Julian Hartridge* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.